FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUN 16 PM 2:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:04CV606 |
| ) | |
| $27,700.00 IN UNITED STATES ) | JUDGMENT |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

IN ACCORDANCE with the parties' Stipulation filed June 7th, 2005, (Filing No. 26), Judgment is entered herein for the Plaintiff, United States of America, in the amount of $13,850.00 in United States currency.

DATED this 16th day of June, 2005.

BY THE COURT:

_____
THOMAS L. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

Nancy A. Svoboda   (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$27,700.00 IN UNITED STATES
CURRENCY, Defendant, and
ISIDRO CORONADO and GAMALIER
FLORES, Claimants

By: _____
Mark A. Pecora (#1035343)
Attorney at Law
229 East Wisconsin Ave., Ste. 1102
Milwaukee, WI 53202
(414)383-3004